JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

AT SANTA ANA

| | |
|---|---|
| CHRISTOPHER L. BRITT; MARWIT CAPITAL PARTNERS II, LP; AND MARWIT PARTNERS, LLC.<br><br>   Plaintiffs,<br><br>  v.<br><br>TWIN CITY FIRE INSURANCE CO.; AND THE HARTFORD FINANCIAL SERVICES GROUP, INC.<br><br>   Defendants. | Case No.:  SACV 12-1355-JST (JPRx)<br><br>**FINAL JUDGMENT** |

Pursuant to the Court's grant of the motion for summary judgment of Defendants The Hartford Financial Services Group, Inc. and Twin City Fire Insurance Company and denial of plaintiff Christopher Britt's motion for partial summary judgment, as more fully set forth in the Court's June 26, 2013 Order granting Defendants' motion for summary judgment and denying plaintiff's motion for partial summary judgment [Docket No. 43],

IT IS ORDERED AND ADJUDGED as follows:

1.  Judgment be and is hereby entered in favor of Defendants The Hartford

Financial Services Group, Inc. and Twin City Fire Insurance Company and against Plaintiffs, Christopher L. Britt, Marwit Capital Partners II, LP, and Marwit Partners LLC, such that plaintiffs take nothing by their complaint.

    2.    The Hartford Financial Services Group, Inc. and Twin City Fire Insurance Company, as the prevailing parties, shall recover their taxable costs of suit in this matter as taxed by the Clerk under the provisions of Federal Rule of Civil Procedure 54.

DATED: July 24, 2013           _____

                                             Hon. Josephine Staton Tucker
                                             United States District Judge